# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 509 |
| | : | |
| APPOINTMENT TO INTERBRANCH | : | JUDICIAL ADMINISTRATION DOCKET |
| COMMISSION FOR GENDER, RACIAL | : | |
| AND ETHNIC FAIRNESS | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of December, 2018, Catherine L. Volponi, Esquire, Allegheny County, is hereby appointed as a member of the Interbranch Commission for Gender, Racial and Ethnic Fairness for a term of two years, commencing December 31, 2018.